**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CFBP, LLC, a Florida limited liability company,

    Plaintiff/Counter-Defendant,

CASE NO.:  8:09-cv-2322-T-33AEP

v.

U.S. BANK, NATIONAL ASSOCIATION, a national banking association, in its capacity as successor to LaSalle Bank National Association, as trustee for the registered holders of LB-UBS Commercial Mortgage Trust 2007-C2, Commercial Mortgage Pass-Through certificates, Series 2007-C2,

    Defendant/Counter-Plaintiff,

_____/

U.S. BANK, NATIONAL ASSOCIATION, a national banking association, in its capacity as successor to LaSalle Bank National Association, as trustee for the registered holders of LB-UBS Commercial Mortgage Trust 2007-C2, Commercial Mortgage Pass-Through certificates, Series 2007-C2,

    Third-Party Plaintiff,

v.

DIRAN ALEXANIAN, an individual,

    Third-Party Defendant.

_____/

**ORDER GRANTING JOINT MOTION FOR APPOINTMENT**
**OF RECEIVER AND FINAL JUDGMENT OF FORECLOSURE**

**THIS MATTER** came before the Court upon Counterclaim Plaintiff's, Counterclaim Defendant's and Third Party Defendant's Motion and Stipulation for Order Appointing Receiver and Final Judgment of Foreclosure (Doc. # 122).  The Court, having reviewed the Motion and being otherwise fully advised, does hereby grant the Motion.

Accordingly, it is

**ORDER, ADJUDGED,** and **DECREED**:

1. The Motion (Doc. # 122) is **GRANTED**.

2. The Counterclaim Plaintiff is hereby authorized to conduct a foreclosure sale of the real property located in Polk County, Florida more particularly described below (the "Property") by way of auction**:**

**SEE ATTACHED EXHIBIT "A"**

3. The foreclosure sale of the Property shall be conducted in accordance with and pursuant to the terms set forth in a Final Judgment of Foreclosure entered by this Court.

4. The Counterclaim Plaintiff is authorized to use Heritage Global Partners as the Auctioneer.

5. The Property shall be sold free and clear of any claims, liens, encumbrances and other interests.

6. The Counterclaim Plaintiff is hereby authorized to appoint Christopher Sanger, an officer of Transwestern Carey Winston, LLC d/b/a Transwestern as Receiver.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 24th day of August, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Kevin A. Ashley, Esq.
Kimberly A. Ashby, Esq.
Margaret Mathews, Esq.
Philip R. Stein, Esq.
Eugene Polyak, Esq.